HARRIS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 16, 1920.) No. 3490. In Error to the District Court of the United States for the Southern District of Alabama; Robert T. Ervin, Judge. Action by the United States against Abraham H. Harris. Judgment for the United States, and Harris brings error. Affirmed. John W. McAlpine, of Mobile, Ala., for plaintiff in error. Alexander D. Pitts, U. S. Atty., of Selma, Ala., and H. T. Pegues, Asst. U. S. Atty., of Shreveport, La. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

---

HIGDON v. MACK et al. (Circuit Court of Appeals, Eighth Circuit. March 9, 1921.) No. 5816. Appeal from the District Court of the United States for the Eastern District of Arkansas. Gustave Jones, of Newport, Ark., for appellant. G. B. Rose, W. E. Hemingway, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., for appellees.

PER CURIAM. Appeal dismissed at costs of appellant per stipulation of parties.

---

HUGHES v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 11, 1921.) No. 5779. In Error to the District Court of the United States for the District of Kansas. R. R. Brewster, of Kansas City, Mo., for plaintiff in error. Fred Robertson and L. S. Harvey, both of Kansas City, Kan., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error.

---

McGRATH, Internal Revenue Collector, v. EBERSOLE et al. (Circuit Court of Appeals, Sixth Circuit. March 16, 1921.) No. 3536. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge. For opinion below, see, 271 Fed. 995. James R. Clark, U. S. Atty., and R. T. Dickerson, Asst. U. S. Atty., both of Cincinnati, Ohio, for plaintiff in error. John V. Campbell, and Edward D. Schorr, both of Cincinnati, Ohio, for defendants in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

MARTZ et al. v. MAHONING SAVINGS & TRUST CO. et al. (Circuit Court of Appeals, Sixth Circuit. March 17, 1921.) No. 3559. Appeal from the District Court of the United States for the Western Division of the Southern District of Ohio; John E. Sater, Judge. Harrison & Allread, of Columbus, Ohio, for appellants. James M. Butler, of Columbus, Ohio, for appellees.

PER CURIAM. Appeal docketed and dismissed, on motion, under rule 18 (202 Fed. xii, 118 C. C. A. xii).